# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 21-CR-20040 |
| ) | |
| vs. ) | Title 18, United States Code, |
| ) | Sections 922(g)(1), 924(c) & (j)(1), |
| ) | 2119(3), 1111, & 2; |
| KEVIN MARSHALL, ) | Title 21, United States Code, |
| ) | Sections 841(a)(1) & (b)(1)(B) |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

### COUNT 1
### (Transportation and Possession of a Firearm by a Felon)

**THE GRAND JURY CHARGES:**

Beginning on an unknown date but no later than or about April 14, 2020, and continuing to on or about August 18, 2020, in Vermilion County, in the Central District of Illinois and elsewhere,

**KEVIN MARSHALL,**

defendant herein, knowing that he had previously been convicted in a court in the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly transport in interstate or foreign commerce, and did knowingly possess in and affecting commerce, firearms, those being: (1) a Colt .45 caliber handgun bearing serial number 79693G70; (2) a Taurus 9mm handgun bearing serial number TKO91552; and (3) a Phoenix Arms .22LR handgun with an unknown serial number.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
### (Possession of Controlled Substances With Intent to Distribute)

**THE GRAND JURY CHARGES**:

Beginning on an unknown date but no later than on or about July 24, 2020, and continuing to on or about August 18, 2020, in Vermilion County, in the Central District of Illinois and elsewhere,

**KEVIN MARSHALL**,

defendant herein, knowingly and intentionally possessed controlled substances with the intent to distribute, to wit: 50 grams or more of mixtures or substances containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B).

## COUNT 3
### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

**THE GRAND JURY CHARGES**:

Beginning on an unknown date but no later than on or about July 24, 2020, and continuing to on or about August 18, 2020, in Vermilion County, in the Central District of Illinois and elsewhere,

**KEVIN MARSHALL**,

defendant herein, aided and abetted by others known and unknown to the grand jury, did knowingly carry firearms, those being, a Colt .45 caliber handgun bearing serial number 79693G70, and a Taurus 9mm handgun bearing serial number TKO91552, during and in relation to a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession of controlled substances with the intent to

distribute, to wit, 50 grams or more of mixtures or substances containing a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count Two.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT 4
### (Carjacking Resulting in Death)

**THE GRAND JURY CHARGES**:

On or about April 25, 2020, in Vermilion County, in the Central District of Illinois,

**KEVIN MARSHALL**,

defendant herein, aided and abetted by others known and unknown to the grand jury, with the intent to cause death and serious bodily harm, did take from the person and presence of Daniel Walter, by force and violence, and by intimidation, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2005 Ford F-150, with Indiana registration and VIN 1FTPX14585NA34347, resulting in Daniel Walter's death.

In violation of Title 18, United States Code, Sections 2119(3) and 2.

## COUNT 5
### (Murder of Daniel Walter)

**THE GRAND JURY CHARGES**:

On or about April 25, 2020, in Vermilion County, in the Central District of Illinois,

**KEVIN MARSHALL,**

defendant herein, aided and abetted by others known and unknown to the grand jury, did knowingly discharge, brandish, carry and use a firearm, that is, a Taurus 9mm handgun bearing serial number TKO91552, during and in relation to a crime of violence which may be prosecuted in a court of the United States, that is, carjacking resulting in death, as charged in Count Four, and in the course of this violation of Title 18, United States Code, Section 2119, caused the death of Daniel Walter through the use and discharge of a firearm, and the killing was murder, that is, the unlawful killing of a human being with malice aforethought.

In violation of Title 18, United States Code, Sections 924(j)(1), 924(c), 1111, 2 (aiding and abetting), and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* co-conspirator liability).

## NOTICE OF SPECIAL FINDING 1

**THE GRAND JURY CHARGES:**

In connection with the offense set forth in Count Two of this Indictment, the following factors are relevant to determining the sentence of the defendant, **KEVIN MARSHALL**, pursuant to Title 21, United States Code, Section 851:

1. On or about October 19, 2016, defendant **KEVIN MARSHALL**, was convicted in Vermilion County Circuit Court case number 2013-CF-454 of the offense of second-degree murder, a serious violent felony offense, and, as a result:

    a. The defendant, **KEVIN MARSHALL**, served a term of imprisonment of more than 12 months; and

    b.        The defendant, **KEVIN MARSHALL**, was released from imprisonment within 15 years of the commencement of the offense alleged in Count Two of this Indictment.

## NOTICE OF SPECIAL FINDING 2

**THE GRAND JURY CHARGES**:

1.        The allegations of Counts 4 and 5 of this Superseding Indictment are hereby realleged and incorporated herein by reference.

2.        As to Counts 4 and 5 of this Superseding Indictment,

**KEVIN MARSHALL**,

defendant herein:

    a.        Was more than 18 years of age at the time of the offense (18 U.S.C. § 3591(a));

    b.        Intentionally killed Daniel Walter (18 U.S.C. § 3591(a)(2)(A));

    c.        Intentionally inflicted serious bodily injury that resulted in the death of Daniel Walter (18 U.S.C. § 3591(a)(2)(B));

    d.        Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C)); and

    e.        Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other

      than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

3. As to Count 4 of this Superseding Indictment:

    a. **KEVIN MARSHALL** has been previously convicted of an offense in the State of Illinois punishable by imprisonment for a term exceeding one year, to wit, second degree murder, which involved the use or attempted use of a firearm against another person (18 U.S.C. § 3592(c)(2)).

4. As to Counts 4 and 5 of this Superseding Indictment:

    a. **KEVIN MARSHALL** committed the offense in the expectation of anything of pecuniary value (18 U.S.C. § 3592(c)(8));

    b. **KEVIN MARSHALL** committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9)).

## FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference the allegations of Counts One, Three and Five of this Superseding Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Beginning on an unknown date prior to on or about April 24, 2020, and continuing to on or about August 18, 2020, in the Central District of Illinois,

**KEVIN MARSHALL,**

defendant herein, did engage in knowing violations of Title 18, United States Code, Sections 922(g), and 924(c) and (j), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to, a Colt .45 caliber handgun bearing serial number 79693G70, and a Taurus 9mm handgun bearing serial number TKO91552, and all ammunition contained therein.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.

s/Foreperson
FOREPERSON

s/Douglas Quivey
GREGORY K. HARRIS
United States Attorney
BDF